UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In re:                                              Case No. 11-3689-SVK-13
ROGER PETER RINALDI and
DESA LILLY RINALDI,
Debtors.
_____

ROGER PETER RINALDI and                   Adversary Proceeding No. 12-02412
DESA LILY RINALDI,
Plaintiffs,
v.
HSBC BANK USA, NATIONAL ASSOCIATION,
as Trustee for Wells Fargo Home Equity Trust 2005-2
Attention: Irene Dorner, President and CEO
1800 Tysons Blvd.
McLean, Virginia 22101, et al.
        Defendants
_____

# NOTICE OF APPEAL
_____

    PLEASE TAKE NOTICE that the Plaintiffs, Roger Peter Rinaldi and Desa Lilly Rinaldi, appeal from the Order of Bankruptcy Judge Susan V. Kelley entered on October 2, 2012, denying their Motion to Vacate and for Reconsideration of the Order denying their Motion for Leave to Amend their Complaint against the Defendants GRAY & ASSOCIATES, LLP, William N. Foshag, Duncan C. Delhey, Jay J. Pitner and Brian D. Perhach to add the claim for RICO violations under the same facts and circumstances pleaded in the Abbreviated Complaint, in which the Plaintiffs reserved their rights to proceed under the RICO theory before a court of general jurisdiction.

Dated at Minneapolis, Minnesota this 16th day of October, 2012.

                       */s/ Wendy Alison Nora*
                       _____
                       Wendy Alison Nora
                       ACCESS LEGAL SERVICES
                       210 Second Street NE
                       Minneapolis, Minnesota 55413
                       VOICE (612) 333-4144
                       FAX (612) 886-2444
                       accesslegalservices.bky@gmail.com
                       Wisconsin Attorney ID #1017043